UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**WILLIAM DODGE,**<br><br>Defendant. | **Criminal Case No. 13-CR-10139-JLT** |

**GOVERNMENT'S LOCAL RULE 112.4(B)**
**ORGANIZATIONAL VICTIM DISCLOSURE STATEMENT**

The United States hereby notifies the Court, as required by Local Rule 112.4(B), that it has identified the following companies as organizational victims, parent companies of victims, or publicly held corporations that own 10% or more of victim companies, of the crimes alleged in the above-captioned indictment:

a. Best Buy Stores, LP, whose partners (BBC Property Co. and BBC Investment Co.), are wholly-owned subsidiaries of Best Buy Co., Inc., a publicly-traded company;

b. Lowes Home Centers, Inc., a subsidiary of Lowes Companies, Inc.;

c. The Home Depot, Inc., of which Capital World Investors owns 10% or more of its shares;

d. Sears, Roebuck and Co., which is a subsidiary of Sears Holdings Corporation, of which E. Lamper, ESL Investments, Inc., and Fairholme Capital Management, L.L.C. each own 10% or more of its shares;

e. Macy's, Inc.;

    f.       J. C. Penney Corporation, Inc., which is a subsidiary of J. C. Penney Company, Inc.;

    g.       TJ Maxx, which is a subsidiary of The TJX Companies, Inc;

    h.       Capital One, which is a subsidiary of Capital One Financial Corporation;

    i.       Citibank, N.A., which is a subsidiary of Citicorp, which is a subsidiary of Citigroup;

    j.       GE Capital Retail Bank, which is a subsidiary of GE Capital Retail Finance Corp, which is a subsidiary of GE Consumer Finance, Inc., which is a subsidiary of GE Capital Corp., which is a subsidiary of GE Company;

    k.       Kohl's Department Stores, Inc, which is a subsidiary of Kohl's Corporation, of which T. Rowe Price Associates, Inc. owns 10% of its shares;

    l.       Commonwealth-Altadis, which is a subsidiary of Imperial Tobacco.

                                  Respectfully submitted,

                                  CARMEN M. ORTIZ
                                United States Attorney

               By:    */s/ Scott L. Garland*
                        Scott L. Garland
                        Assistant U.S. Attorney

Dated: May 21, 2013

CERTIFICATE OF SERVICE

    I hereby certify that this document is being filed through the ECF system and therefore will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                                */s/ Scott L. Garland*
                                                Scott L. Garland
                                                Assistant United States Attorney

Date: May 21, 2013