IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM DODGE | No. 13-CR-10139-JLT |

## STATEMENT RE: CORPORATE DISCLOSURE

Defendant, William Dodge, by and through counsel, hereby acknowledges that he has been informed that the presiding Judge, Hon. Joseph L. Tauro, has a financial interest in GE, identified as a parent company of an organizational victim. Defendant waives any objection or claim he might have on that basis and consents to Judge Tauro continuing to preside in this case.

Respectfully submitted,

WILLIAM DODGE
by his attorney

 /s/ William W. Fick
William W. Fick, Esq.
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
Boston, MA 02210
617-223-8061
WILLIAM_FICK@FD.ORG

### Certificate of Service

I, William W. Fick, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 24, 2013.

/s/ William W. Fick