UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM DODGE,<br><br>Defendant. | Criminal Case No.  13-CR-10139-JLT |

**GOVERNMENT'S NOTICE RE: COURT'S FINANCIAL INTEREST IN THE PARENT COMPANY OF AN ORGANIZATIONAL VICTIM**

Having been notified that the presiding judge in this case, the Honorable Joseph L. Tauro, has a financial interest in GE, the parent company of an organizational victim in this case, the United States waives any objection or claim that it might have on that basis and consents to Judge Tauro's continuing to preside in this case.

    Respectfully submitted,

    CARMEN M. ORTIZ
    United States Attorney

By:   */s/ Scott L. Garland*
    Scott L. Garland
    Assistant U.S. Attorney

Date: May 24, 2013

CERTIFICATE OF SERVICE

I hereby certify that this document is being filed through the ECF system and therefore will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

　　　　　　　　　　　　　　　　　　　　/s/ Scott L. Garland
　　　　　　　　　　　　　　　　　　　　Scott L. Garland
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Date: May 24, 2013