UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 13-10139-JLT |
| | ) |
| WILLIAM DODGE, | ) |
| Defendant. | ) |

### UNITED STATES' MOTION FOR PRELIMINARY ORDER OF FORFEITURE

The United States of America, by its attorney, Carmen M. Ortiz, United States Attorney for the District of Massachusetts, respectfully moves this Court for the issuance of a Preliminary Order of Forfeiture in the above-captioned case pursuant to 18 U.S.C. §§ 982 and 1029, 28 U.S.C. § 2461(c), and Rule 32.2(b) of the Federal Rules of Criminal Procedure. A proposed Preliminary Order of Forfeiture is submitted herewith. In support thereof, the United States sets forth the following:

1. On May 8, 2013, the United States Attorney for the District of Massachusetts filed a three-count Information charging defendant William Dodge (the "Defendant"), with Conspiracy to Commit Access Device Fraud, in violation of 18 U.S.C. § 1029(b)(2) (Count One); Access Device Fraud, in violation of 18 U.S.C. §§ 1029(a)(2) and 2 (Count Two); and Aggraveted Identity Theft, in violation of 18 U.S.C. §§ 1028A and 2 (Count Three).

2. The Information also contained a forfeiture allegation which provided notice that the United States sought the forfeiture, upon conviction of the Defendant of any offense alleged in Counts One and Two of the Information, of any property, real or personal, constituting, or derived from, proceeds obtained directly or indirectly as the result of the commission of the offense, pursuant to 18 U.S.C. § 982(a)(2)(B); and any personal property used or intended to be used to



Allowed
J Tauro DJ
9/24/13