## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

**v.**                                                    Criminal Case No.   13-CR-10139-JLT

**WILLIAM DODGE,**
**Defendant.**

### GOVERNMENT'S SECOND LOCAL RULE 112.4(B)
### ORGANIZATIONAL VICTIM DISCLOSURE STATEMENT

The United States hereby notifies the Court, as required by Local Rule 112.4(B), that in
addition to the organizational victims formerly disclosed to the Court, the United States has
identified the following companies as organizational victims, parent companies of victims, or
publicly held corporations that own 10% or more of victim companies, of the crimes alleged in the
above-captioned indictment:

a.    Pier 1 Imports, of which Greek Investments, Inc., owns 10% or more of its shares;
      and

b.    Holy Cross Hospital of Fort Lauderdale, Florida.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:    _/s/ Scott L. Garland_
       Scott L. Garland
       Assistant U.S. Attorney

Dated: November 19, 2013

CERTIFICATE OF SERVICE

I hereby certify that this document is being filed through the ECF system and therefore will

be sent electronically to the registered participants as identified on the Notice of Electronic Filing.


 /s/ Scott L. Garland
Scott L. Garland
Assistant United States Attorney


Date: November 19, 2013