FILED
IN CLERKS OFFICE
AUG 10 PM 1 08
U.S. DISTRICT
DISTRICT OF MASS.

Honorable Judge Tauro,     WGY

My Name is William Dodge and I was sentenced out of your court 2½ years ago Case # 1:13CR10139-01-JH I am remanded to the B.O.P. for 84 months. Since I became Incarcerated I have complied with all of the rules and programs afforded to me. and I have made much progress in my rehabilitation. However I would like to ask you sir to please consider allowing me to pay my restitution once I am free again. I don't have much money to survive on, I only have the little amount given to me by my sister to which is $25 per week. Thank you Sir for your time and consideration.

Respectfully
William Dodge # 95060-038