UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| _____ ) <br> UNITED STATES OF AMERICA, ) <br>     Plaintiff, ) <br> v. ) <br>   ) <br> WILLIAM DODGE, ) <br>     Defendant. ) <br> _____ ) | Case No. 1:13-CR-10139-01-WGY |

UNITED STATES OF AMERICA'S OPPOSITION
TO DEFENDANT'S LETTER/MOTION TO STAY REPAYMENT OF HIS
RESTITUTION DEBT UNTIL HE IS RELEASED FROM THE
<u>CUSTODY OF THE FEDERAL BUREAU OF PRISONS</u>

The United States of America (hereinafter "United States") hereby opposes William Dodge's (hereinafter "Dodge") request to stay the repayment of his outstanding restitution debt until his release from the custody of the Federal Bureau of Prisons (hereinafter "BOP").

On or about May 21, 2013, Dodge plead guilty to *Conspiracy to Knowingly Use Unauthorized Access Devices With Intent to Defraud*, 18 U.S.C. § 1029(a)(2), *Access Device Fraud*, 18 U.S.C. § 1029(a)(2), and *Aggravated Identity Theft*, 18 U.S.C. § 1028A.  Docket Entry 13.  According to the Amended Judgment imposed by this Court on or about February 26, 2014, Dodge was sentenced to five (5) years custody, a special assessment of $100, no fine, and restitution in the amount of $375,971.83 to be paid to eleven (11) different victims.  Docket Entry 56.  The Court waived the interest requirement on the restitution.  *Id.*  In addition, the Amended Judgment states: "Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment.  All criminal monetary penalties, except those payments made through the BOP's Inmate Financial Responsibility Program, are made to the clerk of court."  Id. at p. 7.

Dodge reported to prison on or about April 8, 2014. He is currently serving his sentence at FCI Gilmer in Glenville, West Virginia. According to the records of FCI Gilmer, Dodge has paid a total of $100, by $25 quarterly payments, through the Inmate Financial Responsibility Program towards his outstanding restitution debt. These small quarterly payments made pursuant to the BOP's Inmate Financial Responsibility Program are reasonable under the circumstances.

Consequently, the United States respectfully requests that this Court deny Dodge's request to stay the repayment of his outstanding restitution debt until his release from the custody of the BOP.

|  |  |
|---|---|
|  | Respectfully submitted,<br>CARMEN M. ORTIZ<br>United States Attorney |
| Dated: August 26, 2015    By: | /S/ Christopher R. Donato<br>Christopher R. Donato, BBO# 628907<br>Assistant U.S. Attorney<br>John Joseph Moakley Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3303<br>Chris.Donato@USDOJ.gov |

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants including:

William Dodge
USM/BOP # 95060-038
FCI Gilmer
Federal Correctional Institution
P.O. Box 6000
Glenville, WV 26351

| Dated: August 26, 2015    By: | /S/ Christopher R. Donato<br>Christopher R. Donato<br>Assistant U.S. Attorney |
|---|---|