UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                    )
UNITED STATES OF AMERICA            )
            Plaintiff,              )
                                    )   CRIMINAL ACTION
v.                                  )   NO. 1:13-10139-WGY
                                    )
                                    )
WILLIAM DODGE                       )
            Defendant.              )
_____ )
```

ORDER

YOUNG, D.J.                                              February 12, 2020

    After a final revocation hearing held on 2/10/2020, this Court continues the defendant on his current term of supervised release, with all previous conditions in full force and effect.

    The Court further orders that the defendant be considered a participant in this Court's CARE Program.

**SO ORDERED.**

                                                     /s/ William G. Young
                                                   WILLIAM G. YOUNG
                                                   UNITED STATES DISTRICT JUDGE